**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2257

_____

| | | |
|---|---|---|
| Keith Arthur Chambers, #803999B; and all present and future inmates similarly situated at the Iowa State Men's Reformatory, | * * * * * | |
| Appellant, | * * | |
| v. | * * * | Appeal from the United States District Court for the Northern District of Iowa. |
| Sally M. Chandler-Halford; John F. Ault; Russell Behrends, C/O, and all present and future employees at the Iowa State Men's Reformatory, | * * * * * | [UNPUBLISHED] |
| Appellees. | * | |

_____

Submitted:  September 23, 1997
Filed: September 25, 1997

_____

Before  FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Keith Arthur Chambers, an inmate at the Iowa State Men's Reformatory, filed a complaint under 42 U.S.C. § 1983 (1994) alleging defendants were violating Iowa law and his Eighth and Fourteenth Amendment rights by placing inmates from

Administrative Segregation on a chain gang.  The District Court[1] dismissed the complaint pursuant to 28 U.S.C.A. § 1915A(b)(1) (West Supp. 1997).

After careful review of the record and Chambers's brief on appeal, we conclude that the District Court's judgment was correct.

Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Michael J. Melloy, Chief Judge, United States District Court for the Northern District of Iowa.